## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

JAMES YOUBOTY                          :
                                       :
    v.                                   :         CIVIL ACTION NO. 26-5013
                                       :
SECRETARY MARKWAYNE MULLIN,:
ET AL.                                 :

## ORDER

This 20th day of July, 2026, after initial review of Petitioner Youboty's Petition for Writ of Habeas Corpus, ECF 1, it is hereby **ORDERED** as follows:

1. Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the boundaries of the Eastern District of Pennsylvania, pending further Order of this Court. If Petitioner has already been moved from the Eastern District, Respondents are **ENJOINED** from taking any action that would result in the removal of Petitioner from within the Commonwealth of Pennsylvania.

2. Respondents shall file any response to the Petition on the ECF filing system no later than **11:00 a.m.** on **July 23, 2026**, or show cause why such an expedited response is not feasible.

3. As part of their response, Respondents shall disclose whether Petitioner is subject to any pending or prospective criminal charges in the United States or elsewhere.[1]

          /s/ Gerald Austin McHugh
         United States District Judge

---

[1] If such disclosure could compromise an ongoing investigation, Respondents may in the first instance provide such disclosure on an *ex parte* basis to Chambers.