**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **JAMES YOUBOTY** | : | |
| | : | **CIVIL ACTION** |
| **v.** | : | **No. 26-5013** |
| | : | |
| **SECRETARY** | : | |
| **MARKWAYNE MULLIN, *et al.*** | : | |

**ORDER**

This 28th day of July, 2026, for the reasons set forth in the accompanying memorandum, it is hereby **ORDERED** that Petitioner James Youboty's Petition for Writ of Habeas Corpus, ECF 1, as supplemented by a reply brief, ECF 6, is **GRANTED** in part, as follows:

Immigration and Customs Enforcement must 1) give Petitioner notice of the country to which it seeks to remove him; and 2) repeat the Informal Interview mandated by 8 C.F.R. § 241.13(i)(3) to provide Petitioner a meaningful opportunity to respond to the availability and appropriateness of the destination identified as the reason for revocation of his supervised release.

The Court having found a violation of due process affecting Petitioner's rights, ICE is **ENJOINED** from removing Petitioner from the United States pending further order of this Court.

The parties shall submit supplemental briefing by July 31, 2026, as to how Petitioner's prayer for release from custody[1] is impacted by the Court's finding of a violation of due process.

/s/ Gerald Austin McHugh
United States District Judge

[1] The Court is grateful that the Office of the United States Attorney took care to address Petitioner's medical needs with the Bureau of Prisons.