**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| JAMES YOUBOTY, | : | |
| | : | |
| *Petitioner,* | : | |
| | : | |
| v. | : | Civil Action No. 26-5013 |
| | : | |
| SECRETARY MARKWAYNE MULLIN, | : | |
| et al., | : | |
| | : | |
| *Respondents.* | : | |

### Stipulation To Extend the Time to File Supplemental Briefing

Petitioner and Respondents, stipulate as follows:

1. On July 19, 2026, Petitioner filed a Petition for Writ of Habeas Corpus. *See* ECF 1.

2. The government respondents filed a response on July 23, 2026. *See* ECF 5.

3. On July 28, 2028, this Court issued an opinion and order granting in part the petition. The Court further ordered supplemental briefing to address Petitioner's continued detention.

4. Petitioner and Respondents are pursuing alternate resolutions to this matter.

5. The parties agree that a short extension for the supplemental briefing may be beneficial to the pursuit of a potential resolution, and submit this stipulation to the Court for a one week extension, until **August 7, 2026** to either file supplemental briefing or provide an update to the Court on the status of this matter.

6. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this stipulation with their electronic signatures below.

So stipulated,

Dated: July 30, 2026

DAVID METCALF
United States Attorney

*/s/ Eric Rosenfeld*
ERIC ROSENFELD
R&G Legal Solutions
3662 N. 21st Street
Philadelphia, PA 19140
eric@rglegalsolutions.com

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Attorney for Petitioner*

*Counsel for Respondents*

**SO ORDERED:**

/s/ Gerald Austin McHugh

HONORABLE GERALD AUSTIN McHUGH
United States District Judge

Date: 7/30/26