IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| JAMES YOUBOTY,<br><br>*Petitioner,*<br><br>v.<br><br>SECRETARY MARKWAYNE MULLIN, et al.,<br><br>*Respondents.* | :<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: | Civil Action No. 26-5013 |

**Status Update**

Petitioner and Respondents update the Court as follows:

1. The parties have continued to confer and reached this resolution:

   a. The Executive Office for Immigration Review now has the "Unopposed motion to reopen and withdraw withholding" for adjudication. At this time, the parties have not been informed when a decision is likely.

   b. Alternative, Petitioner agrees to accept removal to Ghana, which ICE will schedule promptly.

2. The parties submit this status update and respectfully request the Court hold this matter in abeyance for two weeks until **September 30, 2026**. By that date the parties hope to have a final update for the Court.

3. Pursuant to Local Civil Rule 5.1.2, counsel for the parties consent to the submission of this status update/stipulation with their electronic signatures below.

So stipulated,

Dated: September 16, 2026

DAVID METCALF
United States Attorney

*/s/ Eric Rosenfeld*
ERIC ROSENFELD
R&G Legal Solutions
3662 N. 21st Street
Philadelphia, PA 19140
eric@rglegalsolutions.com

*Attorney for Petitioner*

*/s/ Anthony St. Joseph*
ANTHONY ST. JOSEPH
Assistant United States Attorney
615 Chestnut Street, Suite 1250
Philadelphia, PA 19106-4476
Anthony.stjoseph@usdoj.gov

*Counsel for Respondents*

**SO ORDERED:**

/s/ Gerald Austin McHugh

HONORABLE GERALD AUSTIN McHUGH
United States District Judge

Date: 9/16/26